JOHN J. NEFF et al., Appellants, *v.* FARMERS' LOAN AND TRUST COMPANY et al., Respondents.

Argued October 24, 1938; decided November 29, 1938.

*Harold L. Smith, Frederick W. P. Lorenzen, William F. Unger, Frank M. Swacker* and *Hugh F. O'Donnell* for appellants.

*Sydney R. Prince, John W. Davis, William C. Cannon* and *Henry L. Walker* for Southern Railway Company, respondent.

*William D. Mitchell, George S. Mittendorf, John B. Marsh* and *Paul E. Bermingham* for Farmers' Loan and Trust Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.